**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANTHONY STERLING, M.D.,
    Plaintiff,

vs.                          CASE NO. 8:06-CIV-2334-T-17-TGW

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY, et al.,
    Defendants..
_____/

**ORDER**

This cause is before the Court on the defendant's motion to strike (Docket No. 32). The defendant seeks to have the Court strike the claim for attorney's fees in Count I and the plaintiff concedes that the claim should be striken (Docket No. 34). Further, the defendant wants the claims for punitive damages and attorney's fees striken from Count II because the plaintiff, under the applicable law, is not entitled to receive both fees and punitive damages under this count. The plaintif recognizes that the applicable law doesn't allow double recovery for fees and damages but states they are just two words asking for the same recovery. The Court will consider Count II amended to ask for either punitive damages or attorney's fees whichever is applicable under the law governing the claim. Accordingly, it is

**ORDERED** the defendant's motion to strike (Docket No. 32) be **granted as to Count I but denied as to Count II.**

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 8th day of August, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties and Counsel of Record